IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                               Case No. 3:08cv512/LAC/EMT

IVNOLA PHILLIPS,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 14, 2010 (Doc. 20). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion to Voluntarily Dismiss" (Doc. 19) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 12th day of January, 2011.

                                           s/*L.A. Collier*
                                           **LACEY A. COLLIER**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**